Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170
Telephone: (332) 345-4500
Facsimile: (716) 853-5199
Email: bparseghian@lippes.com

Attorneys for Defendant
OPTIO SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN D. RUTZ,<br><br>            Plaintiff,<br><br>v.<br><br>OPTIO SOLUTIONS, LLC d/b/a QUALIA COLLECTION SERVICES and WESTERN WEALTH COMMUNITIES,<br><br>            Defendants. | Case No.: 3:25-cv-2102-JSC<br><br>**DEFENDANT OPTIO SOLUTIONS, LLC'S CORPORATE DISCLOSURE** |

Pursuant to Federal Rule of Civil Procedure 7.1, Optio Solutions, LLC, by and through its undersigned attorneys, hereby notifies this Court and all parties of the following:

1. Optio Solutions, LLC is a Delaware limited liability company with a principal place of business in the State of California.

2. Optio Solutions, LLC is wholly owned by CrossCheck, Inc., a California corporation.

3. No publicly held corporation owns 10% or more interest of Optio Solutions, LLC.

DATED: April 1, 2025

**LIPPES MATHIAS LLP**

s/ Berj K. Parseghian
Berj K. Parseghian
Attorneys for Defendant
Optio Solutions, LLC