Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170
Telephone: (332) 345-4500
Facsimile: (716) 853-5199
Email: bparseghian@lippes.com

Attorneys for Defendant
OPTIO SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHAN D. RUTZ,<br><br>    Plaintiff,<br><br>v.<br><br>OPTIO SOLUTIONS, LLC d/b/a QUALIA COLLECTION SERVICES and WESTERN WEALTH COMMUNITIES,<br><br>    Defendants. | Case No.: 3:25-cv-2102-JSC<br><br>**DEFENDANT OPTIO SOLUTIONS, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

- 1 -
OPTIO SOLUTIONS, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. defendant Optio Solutions, LLC; and.
2. CrossCheck, Inc., Optio Solutions, LLC's parent.

DATED: April 1, 2025

**LIPPES MATHIAS LLP**

s/ Berj K. Parseghian
Berj K. Parseghian
Attorneys for Defendant
Optio Solutions, LLC